McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

**FILED**

MAR 2 4 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEIZURE OF ) | No. 2:06-SW-356 DAD |
| ) | |
| 60,000 SHARES OF BROOKSTONE ) | **APPLICATION TO UNSEAL SEIZURE WARRANT** |
| CAPITAL INC. COMMON STOCK ) | **AND ITS SUPPORTING DOCUMENTS IN** |
| HELD IN THE NAME OF CHARLES ) | **REDACTED FORM** |
| C. HEAD ) | **AND [proposed] ORDER** |
| _____) | |

On November 27, 2006, the Honorable Dale A. Drozd issued seizure warrant number 2:06-SW-356 DAD and sealed it and its supporting documents until further order of the Court. Recently, a federal grand jury issued two indictments relating to this matter, case numbers 2:08-cr-93 FCD and 2:08-cr-116 LKK. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

However, because the Affidavit of Christopher S. Fitzpatrick in Support of Seizure Warrant contains sensitive financial and victim information, the United States requests that this Court order the Clerk to file publicly a redacted version of the affidavit, which the

///
///

1

1  United States will provide to the Clerk forthwith.

2  Dated: March 24, 2008

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                        By:  _____
                            ELLEN V. ENDRIZZI
                            Assistant U.S. Attorney

## O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion To Unseal the documents filed in case number 2:06-SW-356 DAD is GRANTED.

IT IS FURTHER ORDERED that, when making these documents available to the public, the Clerk of the Court must substitute the redacted version of the Affidavit of Christopher S. Fitzpatrick in Support of Seizure Warrant, as provided by the United States, for the original affidavit.

DATED: March 24, 2008

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge